# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00196-CV

**In re Kevin Bierwirth**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's petition for writ of injunction is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton, and Rose

Filed:   April 10, 2014